**No. 10-6561. Frank Esquivel, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 438, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8259.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 242.

**No. 10-6562. Jose Luis Cruz-Velez, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 438, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8284.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 415.

**No. 10-6565. Alberto Jacobo Lara, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 438, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8204.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 631.

**No. 10-6566. Virgil Lane, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 438, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8307.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 440.

**No. 10-6571. Michael Partee, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 439, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8271.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 376 Fed. Appx. 614.

**No. 10-6573. Teofilo Rodriguez Valencia, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 439, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8215.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 419.

**No. 10-6575. Koleowo Adeyemi Adesoye, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 439, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8274.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 421.

**No. 10-6578. Javier Rodriguez-Hernandez, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 439, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8193.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 383 Fed. Appx. 732.

**No. 10-6581. Maurice Trotter and Mardell Trotter, Petitioners v. United States.**

562 U.S. 991, 131 S. Ct. 440, 178 L. Ed. 2d 340, 2010 U.S. LEXIS 8243.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 379 Fed. Appx. 735.